# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

AGRICOLA ABC, S.A. de C.V., a Mexican Corporation

V.

CHIQUITA FRESH NORTH AMERICA, LLC, a Delaware Limited Liability Company and successor in interest to CHIQUITA FRUPAC, INC., a Delaware Corporation; ALEJANDRO CANELOS RODRIGUEZ, an individual; and ARISTEO ALEJANDRO CANELOS GUILLEN, an individual

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10cv0772 AJB (MMD)

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The motions to dismiss for lack of subject matter jurisdiction [Doc. No. 112, 114 and joinder motion Doc. No.118] are hereby granted and the remaining motions, Doc. Nos. 106 and the non-jurisdictional portions of 114, are hereby denied as moot. Plaintiff Agricola's motions: (1) a Motion to Substitute Party; and (2) a Motion for Leave to File Supplemental Complaint, [Doc. Nos. 92 and 93 respectively], are denied.

| December 20, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ C. Ecija |
| | (By) Deputy Clerk |
| | ENTERED ON December 20, 2011 |